JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>                Petitioner,<br><br>    v.<br><br>M. GAMBOA, Warden, et al.,<br><br>                Respondents. | Case No. CV 22-1371-SPG (KS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: June 17, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE